# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## In re MARTIN AKERMAN, Petitioner
## No. 26-1285

## EMERGENCY MOTION TO EXPEDITE CONSIDERATION, FOR ALTERNATE PAYMENT INSTRUCTIONS, AND, ALTERNATIVELY, FOR JUDICIAL RECONSIDERATION OF THE CLERK'S OCTOBER 9, 2026 ORDER

**Temporary preservation relief requested by October 14, 2026**

Petitioner moves under Federal Rule of Appellate Procedure 27 for expedited consideration of his October 9, 2026 emergency mandamus petition (Doc. 2197550), particularly its request for temporary preservation relief, while he resolves the unconfirmed docketing-fee payment. Petitioner seeks alternate payment instructions and, alternatively, judicial reconsideration of the Clerk's October 9 order to the extent it denied the fee-waiver or deferral request made in the petition.

**1. Immediate need for consideration.** The petition describes the MSPB Clerk's October 9 rejection of submissions, removal of those materials from the case record, and announced deletion after seven days. Petition at 1 & Ex. C. It seeks temporary preservation by October 14, before that announced period expires. The requested expedition concerns preservation of the submissions and routing records so that review remains meaningful.

**2. Harm from delay.** Downloaded copies cannot reconstruct lost routing records or metadata. Petition at 2. Prompt consideration of the requested fourteen-day preservation hold would protect meaningful review while the Court considers jurisdiction and further proceedings.

## PAYMENT DIFFICULTY AND REQUESTED RELIEF

**3. Attempt to pay.** The October 9 Clerk's order (Doc. 2197553) permits payment of $600 or an in forma pauperis motion by November 9. Petitioner seeks to pay, while preserving the alternative request for judicial reconsideration set out below. On October 9, he undertook the CM/ECF payment workflow for case 26-1285. The process reached Final Review, but payment remained unconfirmed. Petitioner reports a credit card on file; that fact does not establish a completed charge. A later Chrome attempt reached PACER, which displayed: "Unfortunately, your payment cannot be processed at this time. Reason: User information cannot be validated." PACER instructed the user to restart payment at the court or contact the court. Exhibit A documents the workflow and that error. It does not establish a bank rejection.

The preview displays wording that payment was received, but also states that filing will not be completed until payment is made. Petitioner therefore does not rely on that preview as confirmation of payment and does not assert a court-wide outage or a declined card.

## ALTERNATIVE JUDICIAL RECONSIDERATION

**4. Reconsideration of the fee ruling.** Alternatively, pursuant to D.C. Circuit Rule 27(d)(2), Petitioner requests that the Clerk submit this motion to a panel or an individual judge for reconsideration of the October 9, 2026 order (Doc. 2197553), to the extent that order denied or disposed of the fee-waiver or deferral request in the petition. The order directs payment or an in forma pauperis motion by November 9; it does not expressly adjudicate the request included on page 4 of the petition.

That request invoked 28 U.S.C. § 1915, relied on the financial declaration in D.D.C. ECF 113-2, and sought an opportunity to supplement. It disclosed the September TSP-to-IRA rollover reported in Federal Circuit ECF 43, with $0 cash paid out. Petitioner requests judicial consideration of that request and its stated financial basis, with an opportunity to supply any additional financial information the Court requires. His attempt to pay should not be treated as withdrawal of this alternative request.

**5. Relief requested.** Petitioner asks the Court to expedite consideration of the petition and consider temporary preservation relief by October 14, 2026, while the fee issue is resolved; direct the Clerk to confirm whether payment was received and, if not, provide alternate payment instructions; and, alternatively, judicially reconsider any denial of the petition's fee request and grant waiver or deferral as warranted, including temporary deferral while supplemental financial information is provided. Petitioner remains willing to pay through an available alternate method. He requests prompt judicial consideration without delaying the emergency preservation request.

## NOTICE, SIGNATURE, AND SERVICE

The petition's supplemental certificate records October 9 telephone notice to Meg Beardsley concerning the petition and email transmission of the petition to AUSA Robert J. Morris II. Those communications concerned the petition; they do not establish notice, conferral, or service of this new motion. Petitioner reports no response from Mr. Morris. Respondents' position on this motion is not established. Petitioner requests leave to supplement proof of service promptly. No completed service of this motion is certified here.

Respectfully submitted,

/s/ Martin Akerman

Martin Akerman, pro se
P.O. Box 100057
Arlington, VA 22210
(202) 656-5601
makerman.dod@gmail.com

Dated: October 9, 2026

# EXHIBIT A-1 | Chrome payment workflow | October 9, 2026

Fee screen: $600 for case 26-1285.




Chrome screenshots, October 9, 2026. Error image cropped to dialog to exclude account/card information.

These images document the workflow and PACER error; they do not establish a completed charge or bank rejection.

# EXHIBIT A-2 | Chrome payment workflow | October 9, 2026

Final Review: proposed docket text and Pay Fee button; payment is not confirmed.

CM/ECF Filing Reports Utilities Help Getting Started Log Out

United States Court of Appeals for District of Columbia Circuit

**File a Document | Pay Original Proceedings Docketing Fee**

**File to case: 26-1285**

**Attention**

**Fee**

**Docket Text**

**Final Review**

**File to Case**
26-1285

**Type of Document**
Pay Original Proceedings Docketing Fee

**Fee**
Fee Amount: $600.00 New Petition/Appeals Case with Fee

**Docket Text**
PAYMENT OF DOCKETING FEE received. Fee Amount: $600.00 [26-1285]

After you click the **Pay Fee** button, you cannot change this filing. Because payment of a fee is required, you will be directed to the PACER website. The filing will not be completed until payment is made.

**Have you redacted personal identifiers from the document you filed?**

Pay Fee Edit Cancel

Chrome screenshots, October 9, 2026. Error image cropped to dialog to exclude account/card information.
These images document the workflow and PACER error; they do not establish a completed charge or bank rejection.

**EXHIBIT A-3 | Chrome payment workflow | October 9, 2026**

PACER payment error: user information cannot be validated.




Chrome screenshots, October 9, 2026. Error image cropped to dialog to exclude account/card information.

These images document the workflow and PACER error; they do not establish a completed charge or bank rejection.